IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **XI EL BEY GRACE,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-4943** |
| | : | |
| **JUDGE IDEE C. FOX,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 2nd day of January, 2020, upon consideration of Plaintiff Xi El Bey Grace's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Grace's claims against Defendants Fox, Patrick, Simpson, the Philadelphia County Court of Common Pleas and the Philadelphia Tax Revenue Bureau are **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. Grace's claims against Defendants Johnson and Kammerdeiner and her state law claims are **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

5. Within **thirty (30) days** from the date of this Order, Grace may file an amended complaint including **only** § 1983 claims against Defendants Johnson and Kammerdeiner, and any state law claims she seeks to assert. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Grace's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers

filed in this case to state a claim. When drafting her amended complaint, Grace should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6. The Clerk of Court is **DIRECTED** to send Grace a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Grace may use this form to file her amended complaint if she chooses to do so.

7. If Grace fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**