# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **XI EL BEY GRACE,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 19-4943** |
| : | |
| **JUDGE IDEE C. FOX,** *et al.*, : | |
|     **Defendants.** | |

## ORDER

AND NOW, this 27th day of May, 2020, upon consideration of Plaintiff Xi El Bey Grace's Amended Complaint (ECF No. 9) it is **ORDERED** that:

1. The federal claims included in the Amended Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The state law claims included in the Amended Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            */s/ Mitchell S. Goldberg*

                                            **MITCHELL S. GOLDBERG, J.**